DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MARK JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2772

———————————————

March 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Mark Jones, pro se.

PER CURIAM.

    Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.